FILED
2013 Aug-13 PM 03:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **MARDRECUS LAMONT PRICE,** ]<br>]<br>Petitioner, ]<br>]<br>v. ]<br>]<br>**L. C. GILES, and THE**<br>**ATTORNEY GENERAL OF THE**<br>**STATE OF ALABAMA,** ]<br>]<br>Respondents. ]<br>] | 7:10-CV-3285-VEH-MHH |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on July 12, 2013, recommending that this action be dismissed for lack of subject matter jurisdiction. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and her recommendation is **ACCEPTED**. The Court **EXPRESSLY FINDS** that there is no case or controversy. Accordingly, this action is due to be **DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction**. A Final Judgment Order will be entered separately.

**DONE** this the 13th day of August, 2013.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge